UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN P. HUDELSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:05-cv-1904-TAB-DFH |
| ) | |
| HEARTLAND AUTOMOTIVE, LLC ) | |
| ) | |
| Defendant. ) | |

**ENTRY OF JUDGMENT**

The Court, having granted summary judgment in favor of Defendant Heartland Automotive, LLC as to all claims brought by Plaintiff John P. Hudelson, hereby enters judgment in favor of Defendant and against the Plaintiff. This action is dismissed with prejudice. Costs shall be awarded to the Defendant.

Dated: 03/16/2007

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Terry W. Dawson
BARNES & THORNBURG LLP
terry.dawson@btlaw.com

Michael Gregory Moore
mmoore8824@aol.com

Richard P. Winegardner
BARNES & THORNBURG LLP
rwinegar@btlaw.com